**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| **DANIEL ANDERSON,** <br><br> Plaintiff**,** <br><br> **v.** <br><br> **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No.: 1:15-cv-02624-GLR** |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: March 8, 2016

/s/ Amy Lynn Bennecoff Ginsburg

Amy Lynn Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on this 8th day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronic mail on this 8th day of March, 2016, to:

PATRICK K BURNS, ESQUIRE
GORDON & REES, LLP
1300 I Street, N.W.. Suite 825
Washington, D.C. 20005
E-mail: pburns@gordonrees.com

By: /s/ Amy L. Bennecoff
Amy L. Bennecoff
Kimmel & Silverman, P.C.
Attorney for Plaintiff